## ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                 )
)
Tower One Construction Co.       )     ASBCA No. 57853
)
Under Contract No. W912LC-09-C-0002    )

APPEARANCE FOR THE APPELLANT:      Mr. Joseph Ekstrom
                                           President

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
                                           Army Chief Trial Attorney
                                           MAJ Cameron R. Edlefsen, JA
                                           Stephanie B. Magnell, Esq.
                                           CPT Nicholes Dembinski, JA
                                           Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.

The appeal is dismissed with prejudice.

Dated: 29 January 2014

_____
CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 57853, Appeal of Tower One Construction Co., rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals